**Motions Granted; Order filed August 12, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00186-CV
_____

**CONCEPT ENGINEERS, INC.; AND FRANK J. DILLARD & ASSOCIATES, INC.; LJA ENGINEERING, INC.; AND FRANK J. DILLARD, P.E., Appellants**

**V.**

**CITY OF GALVESTON, TEXAS AND CARDINAL CONTRACTORS, INC., Appellees**

---

**On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause No. 20-CV-1171**

---

## ORDER

This is an interlocutory appeal from an order denying appellants' motions to compel arbitration signed February 22, 2022. _See_ Tex. Civ. Prac. & Rem. Code §§ 51.016, 171.098. On July 26, 2022, appellants filed motions to stay trial court proceedings pending resolution of this appeal. _See_ Tex. R. App. P. 29.3

We **GRANT** appellants' motion to the extent of staying trial and **ORDER** the trial **STAYED** until a final decision by this court on this interlocutory appeal, or until further order of this court.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.